440 A.2d 1243

Commonwealth v. Taylor, Appellant.

Submitted December 5, 1980. Abram Frank Reynolds, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and POPOVICH, JJ.

Order of the lower court affirmed.